NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE GOKANA TRUST,                    )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No. 2D16-4661
                                     )
ASHLEY KOZEL, et al.,                )
                                     )
        Appellee.                    )
                                     )
_____)

Opinion filed March 16, 2018.

Appeal from the Circuit Court for Sarasota
County; Nancy Donnellan, Senior Judge.

Jesse Dean-Kluger of Jesse Dean-Kluger,
P.A., Miami, for Appellant.

Steven L. Brannock, Philip J. Padovano
and Joseph T. Eagleton of Brannock &
Humphries, Tampa; Jeffrey D. Fisher and
Zachary R. Potter of Fisher, Bendeck &
Potter, P.L., West Palm Beach, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, LUCAS, and BADALAMENTI, JJ., Concur.